## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-4768-GW-PDx | Date | September 16, 2024 |
|---|---|---|---|
| Title | *Anthony Joseph Sulla v. Damco Distribution Services, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vahan Mikayelyan | Thomas F. Cochrane |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND THIS ACTION TO STATE COURT [17]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [17] was issued on September 13, 2024 [22]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

Court and counsel discuss scheduling. A hearing on Defendant's motion to compel arbitration is set for November 7, 2024 at 8:30 a.m.

The scheduling conference is continued to November 7, 2024 at 8:30 a.m.

|   | : | 05 |
|---|---|---|
| Initials of Preparer | JG | |