1  GIBSON, DUNN & CRUTCHER LLP
   DHANANJAY S. MANTHRIPRAGADA, SBN 254433
2     dmanthripragada@gibsondunn.com
   THOMAS F. COCHRANE, SBN 318635
3     tcochrane@gibsondunn.com
   NASIM KHANSARI, SBN 320719
4     nkhansari@gibsondunn.com
   333 South Grand Avenue
5  Los Angeles, California  90071-3197
   Telephone:  213.229.7000
6  Facsimile:   213.229.7520

7  Attorneys for Defendants
   DAMCO DISTRIBUTION SERVICES INC. and
8  MAERSK WAREHOUSING & DISTRIBUTION
   SERVICES USA LLC
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY JOSEPH SULLA, an individual; Individually and on Behalf of All Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DAMCO DISTRIBUTION SERVICES, INC., a foreign corporation; MAERSK WAREHOUSING & DISTRIBUTION SERVICES USA LLC, a foreign corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-04768<br>Assigned to Hon. George H. Wu<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY**<br><br>Complaint served:     Nov. 21, 2023<br>Complaint removed:  June 6, 2024<br>Response deadline:    Oct. 24, 2024 |
|---|---|

Gibson, Dunn &
Crutcher LLP

1    Pursuant to Local Rule 40-2, Plaintiff Anthony Joseph Sulla ("Plaintiff") and
2 Defendants Damco Distribution Services, Inc. and Maersk Warehousing & Distribution
3 Services USA LLC (collectively, "Defendants") (Plaintiff and Defendants are
4 collectively referred to herein as the "parties"), by and through their counsel of record,
5 hereby notify the Court that the parties have reached an agreement in principle to resolve
6 Plaintiff's individual claims against Defendants.  The parties are currently working on
7 memorializing the settlement in a long form settlement agreement.

8    Accordingly, the parties respectfully request that the Court issue an order
9 (1) staying this action, except to accomplish the matters described above; and
10 (2) vacating all current deadlines, including the deadline for Defendants to file their
11 responsive pleading.

12    The parties further agree, subject to the Court's approval, to file a joint notice of
13 dismissal with prejudice as to Plaintiff's claims and causes of action, and without
14 prejudice as to the claims and causes of action of the putative class pursuant to Federal
15 Rule of Civil Procedure 41(a)(1)(A)(ii), or provide a progress report on the status of the
16 settlement, within the next 45 days.

Dated: October 21, 2024

By: */s/ Vahan Mikayelyan*
Vahan Mikayelyan

Attorney for Plaintiff Anthony Joseph Sulla

Dated: October 21, 2024

By: */s/ Thomas Cochrane*
Thomas Cochrane

Attorneys for Defendants DAMCO DISTRIBUTION SERVICES INC. and MAERSK WAREHOUSING & DISTRIBUTION SERVICES USA LLC

Gibson, Dunn & Crutcher LLP

2
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY

## **ECF ATTESTATION**

I, Thomas Cochrane, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: October 21, 2024                                              By: */s/ Thomas Cochrane*
                                                                                    Thomas Cochrane

# [PROPOSED] ORDER

Having received and considered the Joint Notice of Settlement and Request for Order Staying Action submitted by Plaintiff Anthony Joseph Sulla ("Plaintiff") and Defendants Damco Distribution Services, Inc. and Maersk Warehousing & Distribution Services USA LLC (collectively, "Defendants"), the Court finds good cause exists to stay this action and vacate all deadlines as a result of the pending settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall be stayed, except to accomplish finalization of the individual settlement agreement;
2. All currently pending deadlines, including Defendants' responsive pleading deadline, are vacated; and
3. The Parties shall file a Joint Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or provide a progress report on the status of settlement, within the next 45 days.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable George H. Wu
United States District Court Judge