JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY JOSEPH SULLA, et al., | Case No. CV 24-4768-GW-PDx |
|---|---|
| Plaintiffs, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| DAMCO DISTRIBUTION SERVICES, INC., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action be dismissed with prejudice as to all of Plaintiff's claims and causes of action, and without prejudice as to the claims and causes of action of the Class, with each party bearing their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 7, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE